**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

|  |  |
|---|---|
| Eric Forgione, | : |
| | : |
| | : Civil Action No.:  1:11-cv-11273-NMG |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| Credit Protection Association; and DOES 1-10, | : |
| inclusive, | : |
| | : |
| Defendant. | : |
| | : |

_____ :

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in

the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent

person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby discontinued against Credit Protection Association with prejudice, without costs to any

party and waiving all rights of appeal.

Eric Forgione                                      Credit Protection Association


___/s/ Sergei Lemberg_____           ___/s/ Andrew Schneiderman_____

Sergei Lemberg, Esq.                           Andrew Schneiderman, Esq.
BBO No.: 650671                                BBO No.: 666252
LEMBERG & ASSOCIATES                   Hinshaw & Culbertson LLP
1100 Summer Street, 3rd Floor              28 State Street, 24th Floor
Stamford, CT  06905                            Boston, MA 02109
(203) 653-2250                                    (617) 213-7000
Attorney for Plaintiff                           Attorney for Defendant



_____
SO ORDERED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 28, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg